NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ULTRATEC, INC.,**
*Appellant*

v.

**CAPTIONCALL, LLC, SORENSON COMMUNICATIONS, INC.,**
*Appellees*

---

2017-1209, 2017-1210, 2017-2026

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00636, IPR2015-00637, IPR2015-01889.

---

**O R D E R**

Pursuant to the court's May 19, 2017 order, absent objections received within three days of the date of filing of the order, appeal numbers 2017-1209, 2017-1210, and 2017-2026 shall be consolidated. No objections were received by the court.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above.

FOR THE COURT

May 24, 2017  /s/ Peter R. Marksteiner
Date  Peter R. Marksteiner
  Clerk of Court